[No. 34256-8-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. R.R.B.,
*Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 93-8-00308-5, Susan K. Cook, J., entered March 1, 1994. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 34907-4-I.    Division One.    May 28, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
CATHERINE J. LOVEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00682-3, Larry E. McKeeman, J., entered June 24, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Ellington, J.

[No. 35067-6-I.    Division One.    May 28, 1996.]

SHIRLEE M. PRETZER, *Respondent*, v. SEATTLE-FIRST
NATIONAL BANK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-2-11026-1, William L. Downing, J., entered August 5, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Cox and Ellington, JJ.

[No. 35069-2-I.    Division One.    May 28, 1996.]

ARMONDO SCOCCOLO, ET AL., *Appellants*, v. DANIEL I.
SZASZ, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-03677-7, Dale B. Ramerman, J., entered July 1, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Ellington, J.